1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 SCOTT N. JOHNSON,                    No. 2:11-cv-03407-MCE-DAD

12          Plaintiff,

13      v.                         ORDER CONTINUING TRIAL

14 AKRAM HOURNAY, ET AL.,

15          Defendant.
_____/
16

17

18      YOU ARE HEREBY NOTIFIED the September 9, 2013 bench trial is

19 vacated and continued to **April 14, 2014,** at **9:00 a.m.** in

20 Courtroom 7.  The parties shall file trial briefs not later than

21 **January 23, 2014.**  Counsel are directed to Local Rule 285

22 regarding the content of trial briefs.

23      Accordingly, the July 25, 2013 Final Pretrial Conference is

24 vacated and continued to **February 6, 2014,** at **2:00 p.m.** in

25 Courtroom 7.  The Joint Final Pretrial Statement is due not later

26 than **January 16, 2014** and shall comply with the procedures

27 outlined in the Court's July 26, 2012 Pretrial Scheduling Order.

28 ///

1

1  The personal appearances of the trial attorneys or person(s) in

2  pro se is mandatory for the Final Pretrial Conference.

3  Telephonic appearances for this hearing are not permitted.

4      Any evidentiary or procedural motions are to be filed by

5  **January 16, 2014.**  Oppositions must be filed by **January 23, 2014**

6  and any reply must be filed by **January 30, 2014.**  The motions

7  will be heard by the Court at the same time as the Final Pretrial

8  Conference.

9      All other due dates set forth in the Court's Pretrial

10 Scheduling Order are confirmed.

11     IT IS SO ORDERED.

12 Dated: October 30, 2012

13

14                                      _____

15                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28